950 A.2d 261

**MERCURY TRUCKING, INC., Appellee**

v.

**PENNSYLVANIA PUBLIC UTILITY COMMISSION, Appellant.**

Supreme Court of Pennsylvania.

May 8, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 8th day of May, the Notice of Appeal is hereby **QUASHED.**